AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>SAMUEL RANDAZZO<br>*Defendant* | Case No. 1:23-CR-00114 |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __SAMUEL RANDAZZO__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

SEE ATTACHED INDICTMENT

Date: __11/29/2023__

*Issuing officer's signature*

City and state: __Cincinnati, Ohio__    Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 NOV 29 PM 4:56
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

---

**Return**

This warrant was received on *(date)* __11/30/2023__, and the person was arrested on *(date)* __12/4/2023__
at *(city and state)* __Cincinnati, OH__.

Date: __12/4/2023__

*Arresting officer's signature*

Blane Wetzel, Special Agent
*Printed name and title*